UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:25-cv-81575-AMC-CIV-CANNON

FILED BY CDS D.C.
JAN 09 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**United States of America,**

Plaintiff,

v.

**MATTHEW MUZZARELLI,**

Defendant.

______________________________/

**DEFENDANTS ANSWER TO SUMMONS TO CIVIL ACTION**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Defendant, Matthew Muzzarelli, and responds:

**Response to Statement of Claims**

1. Defendant denies these allegations. The service was insufficient as the defendant had not lived at the listed address since June of 2017 and did not receive any notice of proposed assessment. The defendant did not violate 14 C. F. R. 67.415. When asked by his liaison to return his medical while applying for a job as an air traffic controller, he complied to return the only digital copy he had received in 2016. The defendant has never received a physical medical or certificate and has never validated his digital one by signing and printing it.

2. The defendant denies these allegations. The defendant had not lived at this address since June of 2017 and did not receive an invoice.

3. The defendant denies these allegations. The defendant had not lived at this address since June of 2017 and did not receive an invoice.

4. Defendant has no knowledge of claim.

5. The defendant denies the allegations. The defendant had not lived at this address since June of 2017 and did not receive this assessment. This assessment does not give a reason for an emergency revocation of a medical clearance. The defendant has never worked in the industry and has never been involved in any situation that could remotely affect a certification.

6. Defendant has no knowledge of claim.

7. The defendant denies the allegations. The defendant reached out to the DOT and they confirmed there is no current debt.

8. The defendant denies the allegations. The original fee was unfounded and the attempts to collect were insufficient.

9. The defendant denies the allegations. The original fee was unfounded and the attempts to collect were insufficient.

10. The defendant has no knowledge of the claim.

11. The defendant has no knowledge of the claim.

**Defense to the Claim for Relief**

1. Defendant was never issued a physical First Class Airman Medical and Student Pilot Certificate (combined). The digital First Class Airman Medical was never printed and signed, therefore never valid.

2. Upon reviewing the FAAs website, there is no record of a First Class Airman Medical and Student Pilot Certificate being issued to Defendant or otherwise or any other certificates from the FAA being issued on December 16, 2015. The printout from the FAA website is attached hereto and incorporated herein as Exhibit "A."

3. Defendant did receive an electronic copy of a first class medical certificate dated January 25, 2016. After receiving a request to return the first class medical certificate, Defendant sent the only electronic version he had received to the FAA on October 18, 2016. The e-mail is attached hereto and incorporated herein as Exhibit "B." Furthermore, the first class medical certificate states that the certificate must be signed to be valid. Defendant never signed this certificate so it was never validated.

4. Defendant did not receive any notice related to the proposed assessment on July 3, 2019 or any subsequent notice thereafter. Defendant did not reside at the address used for notice and service of this underlying claim after June 5, 2016. Proof of change of address is attached hereto and incorporated herein as Exhibit "C."

5. On January 2, 2026, Defendant called the US Treasury to inquire about any outstanding debts and was told there are no outstanding debts under his name.

**Certification and Closing**

1. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

2. I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

WHEREFORE, Defendant, MATTHEW MUZZARELLI, respectfully requests this Court dismiss this suit and find in favor of the Defendant and award Defendant all such other and further relief which the Court deems just and proper.

DATED this 9th day of January 2026.

Respectfully submitted

By: /s/ Matthew Muzzarelli
Matthew Muzzarelli
Defendant

Exhibit A

amsrvs.registry.faa.gov/airmeninquiry/Main.aspx

**Personal Information**

**MATTHEW VITO MUZZARELLI**

Airman opted-out of releasing address

**Medical Information:**

No Medical Information Available

*** TO VERIFY MEDICAL INFORMATION CONTACT AAM-300 405-954-4821 ***

**Certificates**

**None**

WARNING: This is a Federal Aviation Administration (FAA) computer system. FAA systems, including all related equipment, networks, and network devices (specifically including Internet access) are provided for the processing of official U.S. Government information. Unauthorized access or use of this computer may subject violators to criminal, civil, and/or administrative action. All information on this computer system may be intercepted, recorded, read, copied, and disclosed by and to authorized personnel for official purposes, including criminal investigations. Access or use of this computer system by any person, whether authorized or unauthorized, constitutes consent to these terms.

Javascript Enabled

U.S. Department of Transportation
Federal Aviation Administration
800 Independence Avenue, SW
Washington, DC 20591
1-866-TELL-FAA (1-866-835-5322)

**Web Policies**
Web Policies Notices
Privacy Policy

**Government Sites**
DOT.gov
USA.gov
Plainlanguage.gov
Recovery.gov
Regulations.gov
Data.gov

**Frequently Asked Questions**
All Questions

**Contact Us**
Contact FAA
OIG Hotline
FOIA

**Exhibit B**

From: **Matthew M** <mvme23@gmail.com>
Date: Tue, Oct 18, 2016 at 10:14 AM
Subject: Medical Certificate - Matthew Muzzarelli
To: <karen.a.kew@faa.gov>

Here is the medical clearance certificate and letter. Please let me know whatever I need to do next.

Matthew Muzzarelli

**2 Attachments** • Scanned by Gmail ⓘ

medical certificat...

medical certificat...

US Department of Transportation
Federal Aviation Administration

Federal Aviation Administration
Civil Aerospace Medical Institute (CAMI)
Aerospace Medical Certification Division

P.O. Box 25082
Oklahoma City, OK 73125-9867
(405) 954-4821

JANUARY 25, 2016

MATTHEW MUZZARELLI
203 FRANKLIN CLUB DRIVE SUITE 5302
DELRAY BEACH FL 33483

Ref: MID # 200007158954
APP ID # 2001987855

Dear Mr. Muzzarelli:

Our review of your medical records has established that you are eligible for a first-class medical certificate.

Enclosed is your medical certificate. It requires your signature.

You are cautioned to abide by Title 14 of the Code of Federal Regulations (CFRs), Section 61.53, relating to physical deficiency. Because of your history of electrocardiogram indicating a variance from normal, operation of aircraft is prohibited at any time new symptoms or adverse changes occur or any time medication and/or treatment is required.

Use of the above reference numbers on future correspondence and/or reports will aid us in locating your file.

Sincerely,

Brian D. Johnson, M.D
Acting Manager, Aerospace Medical Certification Division
Civil Aerospace Medical Institute
Enclosure: Medical Certificate
cc: ALAN GRAFF M.D.

kcb

UNITED STATES OF AMERICA
Department of Transportation
Federal Aviation Administration

## MEDICAL CERTIFICATE FIRST CLASS

This certifies that (Full name and address):

MATTHEW Vito MUZZARELLI
203 Franklin Club Drive Suite 5302
Delray Beach FL 33483 USA

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| 08 10 1985 | 72 | 170 | BROWN | BROWN | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

Limitations: Must wear corrective lenses.

Examiner

Date of Examination: 12/16/2015
Examiner's Designation No: 00000000

Signature: [signature]

Typed Name: BRIAN D JOHNSON, MD

AIRMAN'S SIGNATURE

Applicant ID: 2001987255 Control No: 200007155954

FAA Form 8500-9 (3-12) Supersedes Previous Edition NSN: 0052-00-679-2008

### CONDITIONS OF ISSUE

The holder of this certificate must:

- Have it in his or her personal possession at all times while exercising privileges of an airman certificate. (14CFR § 61.3)
- Understand that the issuance of a medical certificate by an Aviation Medical Examiner may be reversed by the FAA within 60 days (14CFR § 67.407)
- Comply with validity standards specified for first-, second-, and third-class medical certificates (14CFR § 61.23)
- Comply with any statement of functional, operational, and/or time limitation issued as a condition of certification. (14CFR § 67.401)
- Comply with the standards relating to prohibitions on operation during medical deficiency. (14CFR §§ 61.53, 63.19, and 65.49)

For International Operations Only: Some holders may be affected by certain international medical standards. Consult the U.S. Aeronautical Information Publication for U.S. differences with ICAO Annex 1 medical standards.

**AEROSPACE MEDICAL CERTIFICATION DIVISION, AAM - 300**
**FAA Civil Aerospace Medical Institute**
**Mike Monroney Aeronautical Center**
**P.O Box 26080**
**Oklahoma City, OK 73126-0914**

MATTHEW Vito MUZZARELLI
203 Franklin Club Drive Suite 5302
Delray Beach FL 33483 USA

Dear Airman

Above is your new medical certificate. It supersedes any previous one you may have been issued.

To validate this certificate, it is necessary that you sign it in the space provided (Airman's Signature)

This certificate must be in your possession at all times while exercising your pilot privileges.

Created on: Thursday, January 28, 2016

Exhibit C

Previous Account No
6062902066

Previous Service Address
203 FRANKLIN CLUB DR UNIT 5302
Delray Beach, FL 33483

Stop Service Date
06/05/2017

Final Bill Mailing Address
302 GULFSTREAM BLVD
DELRAY BEACH, FL 33444

## New Service

New Account No
3857247062

New Service Address
302 GULFSTREAM BLVD
DELRAY BEACH, FL 33444

Account Name
Matthew Muzzarelli

Reply Forward

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 9:25-cv-81575-AMC-CIV-CANNON**

**United States of America,**

Plaintiff,

v.

**MATTHEW MUZZARELLI,**

Defendant.

_______________________________/

**EXHIBIT LIST**

By stating specific objections to exhibits, the parties do not alleviate their responsibility to introduce and meet admissibility requirements with respect to any exhibit. The parties may abbreviate objections as needed. The number in the "Exhibit Number" column must indicate the pre-marked identification label (*e.g.*, P-1 or D-1).[1]

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| P-A | Sale of Debt to collector. November 2019 | | This is a sale to a debt collector. The phone numbers listed are not in service. The people listed are no longer employed there. There is an invoice number from a seller and a purchase order from a buyer. It says purchase order number and sales order, but only one number is listed. It appears that there is other information missing under terms and a blank spot in the middle of the page that shows "no results found." The customer number is listed as a name. The customer location is listed as a number.. | | |
| P-B | Notification of | | I called the treasury and asked if I have any outstanding debt | | |

[1] The Plaintiffs' exhibits must be marked numerically with the letter "P" as a prefix; the Defendants' exhibits must be marked numerically with the letter "D" as a prefix.

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | referral of debt in February 7, 2020 | | and they confirmed I do not. There is a typo on this notice in the bold section they left out the amount. I did not live at this address during this time. I moved from this address on 6/5/2017 and had moved twice by the time this notification was sent. The phone numbers and contact information listed for employees is all invalid. | | |
| P-C | Order of assessment October 2019 | | To address each point:<br>1. I was never issued any physical certificate for medical or a pilot license. I was sent an email saying I had cleared a medical evaluation to be considered for a job for Air traffic control that I applied to in 2015. I did not get the job and moved on to a different job.<br>2. This order states on March 6, 2018 an emergency order of Revocation was issued. This doesn't make any sense. I did not work in the industry. I was not involved with the FAA at all. I have never been involved in any other legal issue that would even feasibly affect this. There is no reason for them to have revoked my license or to have fined me for not returning something I never received.<br>3. My permanent address was changed and my mail forwarded for some time. There was not a reason or clear way to have updated my address with the FAA.<br>4. I did not receive a letter. They did not post notice.<br>5. I did not surrender a medical or license because there was nothing to surrender.<br>The certified mail receipt is not my signature. I had not lived at that address since 6/5/2017, and this was sent in October 2019<br>All phone numbers listed in this exhibit are invalid. The names of the employees all do not work these positions anymore. Brandon C Goldberg, Naomi Tsuda, Linda Poindexter, Gerald A. Jennings. | | |
| P-D | Certificate of Indebtedness | | There is information blacked out. This states that the debt is for a civil violation of 49 U.S.C 14916(a)(1) activities without registration. This does not pertain to the the FAA. It | | |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | has to do with interstate freight brokerage services. Debt was considered delinquent on December 18, 2019, then was sent to the Treasury in March 2020. The DMS then took 2 years to refer this to the DOJ.<br>I called the DOJ and they don't have any record of a debt for me. | | |
| D-A | Record of certifications. | | | | |
| D-B | Email "returning" what I had received to my hiring liaison. | | | | |
| D-C | Change of service for moving from FPL | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |